THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD JACOBSEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

OTTO BRAUNWARTH, Respondent, v. HERBERT G. WELLINGTON, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, upon the ground that the action is for breach of contract rather than an accounting. Since leave was granted to plaintiff under the order of the court at Special Term to serve an amended pleading, it would be advisable to eliminate therefrom statements pertaining to any so-called trust arrangement. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.